OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILE COPY

COA No. 12-14-00206-CR

PD-0688-15

**6/4/2015**

**LUSK, CHARLES EDWARD**      Tr. Ct. No. 241-0126-14

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 0 5 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *